**Sol LAUFMAN, d/b/a Laufman's Jewelers, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 20092.**

United States Court of Appeals
Fifth Circuit.
June 12, 1963.
Rehearing Denied Aug. 12, 1963.

Kenneth C. Minter, Robert Allen James, Houston, Tex. (Baker, Heard & Elledge, Houston, Tex., of counsel), for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Meyer Rothwacks, William A. Friedlander, Alan D. Pekelner, Attys., Dept. of Justice, Washington, D. C., Woodrow B. Seals, U. S. Atty., Houston, Tex., David O. Walter, Atty., Dept. of Justice, Washington, D. C., for appellee.

Before TUTTLE, Chief Judge, and RIVES and MOORE,* Circuit Judges.

PER CURIAM.

We have carefully considered the views expressed by the appellant urging on us that the sales by the appellant were not retail sales of jewelry, and thus subject to the retailers' excise tax. Concluding, however, that the trial court's determination that the watches in question were "sold at retail," is soundly based and accords with the law and Treasury regulations, we affirm the judgment of the trial court by adopting its opinion which is published at D.C., 199 F.Supp. 353.

Affirmed.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant,**

v.

**Russelle L. LAWSON, Appellee.**

**No. 20343.**

United States Court of Appeals
Fifth Circuit.
June 12, 1963.

F. Carter Johnson, Jr., Porteous & Johnson, Ben C. Toledano, New Orleans, La., for appellant.

Arthur C. Reuter, Reuter, Reuter & Schott, Patrick M. Schott, New Orleans, La., Malcolm H. Aukerman, Newport, Ind., for appellee.

Before RIVES, CAMERON and HAYS *, Circuit Judges.

PER CURIAM.

The sole question presented for review is whether the district court erred in denying the appellant's, defendant's motion for a directed verdict. We agree with the district court that the evidence presented a case for the jury's determination. The judgment is therefore

Affirmed.

* Of the Second Circuit, sitting by designation.